No. 80–5547. BLUE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 80–5556. HAMLET v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–5557. ROBINSON v. McCALL ET AL.; ROBINSON v. WOODARD ET AL.; ROBINSON v. NORTH CAROLINA ET AL.; ROBINSON v. SALMON ET AL.; and ROBINSON v. UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. C. A. 4th Cir. Certiorari denied.

No. 80–5562. BUCHANAN v. SOWDERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–5564. MOBLEY ET AL. v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 80–5575. JENKINS v. WEST VIRGINA BOARD OF PROBATION AND PAROLE. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5587. SMITH v. BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5598. GOOLSBY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 80–5601. DILLARD v. BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5609. VADER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5620. FLEMING v. UNITED STATES SUPREME COURT ET AL. C. A. 3d Cir. Certiorari denied.